Form schobj

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
216 Federal Building
100 N.E. Monroe St.
Peoria, IL 61602−1003

---

*In Re:* Barry A. Nichols                                      *Case No.:* 18−81044
*Debtor*

                                                              *Chapter:* 7

---

### *OBJECTION DATE NOTICE*

 *Notice is hereby provided:*

On 08/13/2018, JPMorgan Chase Bank, National Association filed a Motion for Relief From Stay
.

The pleading referred to above may be viewed in the Bankruptcy Clerk's office during regular
business hours or on PACER (Public Access to Court Electronic Records).

If you do not want the Court to grant the relief sought in the above named document or if you
want the Court to consider your views, then you or your attorney must file a written objection
explaining your position.

Written objections must be filed with this Court by **8/30/18**.

You must also serve a copy on interested parties and file a proof of service with the clerk of the
court.

If you or your attorney do not file a timely objection, the Court may decide that you do not oppose
the relief sought and may enter an order granting that relief.


Dated: 8/13/18


                                                  __/S/   Adrienne D. Atkins__
                                                  Clerk, U.S. Bankruptcy Court



        Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.