**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Barry A. Nichols** | Social Security number or ITIN  **xxx−xx−7502** |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Central District of Illinois**

Case number:  **18−81044**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Barry A. Nichols

10/18/18

**By the court:**   /S/  Thomas L. Perkins
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
  obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
  decided or will decide are not discharged
  in this bankruptcy case;

♦ debts for most fines, penalties,
  forfeitures, or criminal restitution
  obligations;

♦ some debts which the debtors did not
  properly list;

♦ debts for certain types of loans owed to
  pension, profit sharing, stock bonus, or
  retirement plans; and

♦ debts for death or personal injury caused
  by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

Official Form 318          **Order of Discharge**          page 2

United States Bankruptcy Court
Central District of Illinois

In re:                                                              Case No. 18-81044-tlp
Barry A. Nichols                                                    Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0753-1          User: admin          Page 1 of 3          Date Rcvd: Oct 18, 2018
                              Form ID: 318          Total Noticed: 84

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2018.
db             +Barry A. Nichols,    1209 23rd Ave.,    Moline, IL 61265-4775
cr              JPMorgan Chase Bank, National Association,    c/o Heavner, Beyers, & Mihlar, LLC,
                Post Office Box 740,    Decatur, IL 62525-0740
6932094        +A & M Small Animal Hospital,    408 Raymond Stotzer Pkwy,    College Station, TX 77845
6932098        +ARS,   Box 459079,    Fort Lauderdale, FL 33345-9079
6932095        +Advanced Call Center Technologies,    Box 9091,    Johnson City, TN 37615-9091
6932097        +American Homes 4 Rent,    10200 Richmond Ave. - #260,    Houston, TX 77042-4283
6932101        +Atlantic Credit & Finance Inc.,    Box 2083,    Warren, MI 48090-2083
6932102        +Best Buy/CBNA,    Box 6497,    Sioux Falls, SD 57117-6497
6932103        +Bluepearl Veterinary Services,    1646 Spring Cypress Road,    Spring, TX 77388-3617
6932109        +Cashnet USA,    Box 206739,    Dallas, TX 75320-6739
6932110        +Centerpoint Energy,    Box 4981,    Houston, TX 77210-4981
6932111        +Central Credit Services,    9550 Regency Square Blvd,    Jacksonville, FL 32225-8169
6932112        +Central Financial Control,    Box 830913,    Birmingham, AL 35283-0913
6932113        +Chase Auto,    Box 78068,    Phoenix, AZ 85062-8068
6932114        +Client Services, Inc.,    3451 Harry Truman Blvd,    St Charles, MO 63301-9816
6932119        +Credit Bureau Centre,    Box 273,    Monroe, WI 53566-0273
6932120        +Cypress Creek EMS,    Box 3154,    Houston, TX 77253-3154
6932121        +Dr. Afzal,    100 Medical Center Blve - STE 200,    Conroe, TX 77304-2821
6932122        +Dr. Colosimo,    19411 McKay Dr. - STE 250,    Humble, TX 77338-5713
6932123        +Dr. Xiao-Hong Li,    4301A Vista Road,    Pasadena, TX 77504-2117
6932127        ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
                (address filed with court: First Savings Credit Card,    500 E. 60th St. N,
                Sioux Falls, SD 57104)
6932128        +FM 1960 Emergency Physicians,    Box 98818,    Las Vegas, NV 89193-8818
6932126        +First National Credit Card,    500 E. 60th St. N.,    Sioux Falls, SD 57104-0478
6932129        +Geico Remittance Center,    One Geico Plaza,    Bethesda, MD 20811-0002
6932130        +Genesis Collection,    Box 23013,    Columbus, GA 31902-3013
6932131        +Greater Houston Gastroenterology,    Box 671432,    Dallas, TX 75267-1432
6932141        +HRRG,   Box 5406,    Cincinnati, OH 45273-0001
6932133        +Houston Arrhythmia Assoa,    915 Gessner Road - STE 680,    Houston, TX 77024-2525
6932139        +Houston Northwest Medical Center,    Box 830913,    Birmingham, AL 35283-0913
6932140        +Houston Northwest Radiology,    800 Peakwood Dr. 5E,    Houston, TX 77090-2903
6932144        +IPC of Texas,    Box 844904,    Los Angeles, CA 90084-4904
6932146        +Kay Jewelers,    Box 4485,    Beaverton, OR 97076-4485
6932147         Kingwood Medical Center,    22999 US Highway 59N,    Kingwood, TX 77339
6932148         Kingwood Medical Center,    22999 US Highwy 59N,    Kingwood, TX 77339
6932150        +Koronis Revenue Solutions,    Box 3154,    Houston, TX 77253-3154
6932151         Liberty County Phys Services,    25440 IH 45,    Spring, TX 77386
6932155         MHHS The Woodlands,    9280 Pinecroft Drive,    Spring, TX 77380
6932153        +Mercantile Adjustment Bureau LLC,    165 Lawrence Bell Dr. - Ste 100,
                Willamsville, NY 14221-7900
6932156        +Montgomery Ward,    PO Box 273,    Monroe, WI 53566-0273
6932157        +National Credit Adjusters,    Box 3023,    Hutchinson, KS 67504-3023
6932158        +Northland Group Inc.,    PO Box 390846,    Minneapolis, MN 55439-0846
6932159        +Paypal Credit,    Box 71202,    Charlotte, NC 28272-1202
6932160        +Poppy Drive Inpatient Services,    9440 Poppy Dr,    Dallas, TX 75218-3652
6932164        +Republic EMS,    Box 3563,    Houston, TX 77253-3563
6932165        +Specialized Collection Systems,    Box 441508,    Houston, TX 77244-1508
6932171        +Synergy Radiology Associate,    7026 Old Katy Road,    Houston, TX 77024-2133
6932172        +The  Cash Store,    2150 FM 2920 STE 600,    Spring, TX 77388-3680
6932173        +Todd Graff,    11 Golden Thrush Pl,    Spring, TX 77381-5109
6932174        +United Collection Bureau,    5620 Southwyck Blvd - STE 206,    Toledo, OH 43614-1501
6932175         United Northeast Radiology,    22999 US Highway 99,    Kingwood, TX 77339
6932177        +VCA Spring Animal Hospital,    1811 Spring Cypress,    Spring, TX 77388-3500
6932176        +Vanguard Inpatient Phys,    16605 SW Freeway - STE 175,    Sugar Land, TX 77479-0003

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr              EDI: QJREINBOLD.COM Oct 18 2018 23:43:00     Jeana K. Reinbold,    PO Box 7315,
                Springfield, IL 62791-7315
cr             +EDI: PRA.COM Oct 18 2018 23:48:00     PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
6932099        +EDI: ARSN.COM Oct 18 2018 23:48:00     ARS National Services,    Box 469046,
                Escondido C, A. 92046-9046
6932100        +EDI: ATTWIREBK.COM Oct 18 2018 23:43:00     AT&T,   PO Box 5093,    Carol Stream, IL 60197-5093
6932096        +EDI: AFNIRECOVERY.COM Oct 18 2018 23:48:00     Afni, Inc.,    Box 3517,
                Bloomington, IL 61702-3517
6932105         E-mail/Text: bankruptcy@cavps.com Oct 18 2018 19:53:46     Calvary Portfolio Services,
                500 Summit Dr. - STE 400,    Valhalla, NY 10595
6932106        +EDI: CAPIO.COM Oct 18 2018 23:49:00     Capio Partners LLC,    2222 Texoma Parkway Ste 15,
                Sherman, TX 75090-2481
6932107        +EDI: CAPITALONE.COM Oct 18 2018 23:48:00     Capital One Bank USA,    PO Box 30281,
                Salt Lake City, UT 84130-0281

```
District/off: 0753-1           User: admin            Page 2 of 3          Date Rcvd: Oct 18, 2018
                               Form ID: 318            Total Noticed: 84
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
6932108      +EDI: MERRICKBANK.COM Oct 18 2018 23:48:00      Carson Smithfield, LLC,   Box 9216,
              Old Bethpage, NY 11804-9016
6932116      +EDI: HCA2.COM Oct 18 2018 23:49:00      Conroe Regional Medical Center,
              504 Medical Center Blvd,   Conroe, TX 77304-2808
6932118      +EDI: CONVERGENT.COM Oct 18 2018 23:43:00      Convergent Outsourcing Inc.,   Box 9004,
              Renton, WA 98057-9004
6932124      +E-mail/Text: data_processing@fin-rec.com Oct 18 2018 19:53:24      Finacial Recovery Services,
              Box 385908,   Minneapolis, MN 55438-5908
6932125      +E-mail/Text: Bankruptcy@FCScollects.com Oct 18 2018 19:54:08      First Collection Services,
              10925 Otter Creek E. Blvd.,   Mabelvale, AR 72103-1661
6932132      +EDI: CBS7AVE Oct 18 2018 23:43:00      Homevisions,   1112 7th Ave.,   Monroe, WI 53566-1364
6932134      +EDI: TENET.COM Oct 18 2018 23:48:00      Houston Northwest Medical Center,
              710 Cypress Creek Pkwy,   Houston, TX 77090-3421
6932142      +E-mail/Text: HWIBankruptcy@hunterwarfield.com Oct 18 2018 19:53:36      Hunter Warfield, Inc.,
              4620 Woodland Corporate Blvd,   Tampa, FL 33614-2415
6932143      +EDI: IIC9.COM Oct 18 2018 23:49:00      IC System Inc.,   PO Box 64378,
              Saint Paul, MN 55164-0378
6932145       EDI: JEFFERSONCAP.COM Oct 18 2018 23:43:00      Jefferson Capital Systems,   Box 7999,
              Saint Cloud, MN 56302
6932149      +EDI: HCA2.COM Oct 18 2018 23:49:00      Kingwood Medical Center,   Box 740785,
              Cincinnati, OH 45274-0785
6932152      +EDI: PARALONMEDCREDT Oct 18 2018 23:48:00      Medicredit,   Box 1629,
              Maryland Heights, MO 63043-0629
6932154      +EDI: MERRICKBANK.COM Oct 18 2018 23:48:00      Merrick Bank,   Box 1500,   Draper, UT 84020-1500
6932161      +E-mail/Text: bankruptcy@regionalmanagement.com Oct 18 2018 19:53:16      Regional Finance,
              5015 FM 2920 STE B,   Spring, TX 77388-3100
6932162      +E-mail/Text: bankruptcy@regionalmanagement.com Oct 18 2018 19:53:16
              Regional Management Corp,   Box 776,   Mauldin, SC 29662-0776
6932163      +E-mail/Text: ecfbankruptcy@nrgenergy.com Oct 18 2018 19:53:50      Reliant Energy,   Box 650475,
              Dallas, TX 75265-0475
6932167      +EDI: RMSC.COM Oct 18 2018 23:48:00      SYNCB/Car Care Credit,   Box 965036,
              Orlando, FL 32896-5036
6932168      +EDI: RMSC.COM Oct 18 2018 23:48:00      SYNCB/Care Credit,   Box 965036,
              Orlando, FL 32896-5036
6932169      +EDI: RMSC.COM Oct 18 2018 23:48:00      SYNCB/JC Penny,   Box 965007,   Orlando, FL 32896-5007
6932170      +EDI: RMSC.COM Oct 18 2018 23:48:00      SYNCB/Lowes,   Box 965036,   Orlando, FL 32896-5036
6932166      +EDI: CBSMASON Oct 18 2018 23:48:00      Stoneberry,   Box 2820,   Monroe, WI 53566-8020
6932178      +EDI: VERIZONCOMB.COM Oct 18 2018 23:43:00      Verizon Wireless,   500 Technology Dr. - Ste 550,
              Saint Charles, MO 63304-2225
6932179      +EDI: BLUESTEM Oct 18 2018 23:49:00      Webbank/Fingerhut,   6250 Ridgewood Road,
              St. Cloud, MN 56303-0820
6932180      +EDI: WFFC.COM Oct 18 2018 23:48:00      Wells Fargo,   Box 14517,   Des Moines, IA 50306-3517
                                                                                           TOTAL: 32

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
6932105*      Calvary Portfolio Services,   500 Summit Dr. - STE 400,   Valhalla, NY 10595
6932115*     +Client Services, Inc.,   3451 Harry Truman Blvd,   St Charles, MO 63301-9816
6932117*     +Conroe Regional Medical Center,   504 Medical Center Blvd,   Conroe, TX 77304-2808
6932136*     +Houston Northwest Medical Center,   710 Cypress Creek Parkway,   Houston, TX 77090-3421
6932138*     +Houston Northwest Medical Center,   710 Cypress Creek Parkway,   Houston, TX 77090-3421
6932135*     +Houston Northwest Medical Center,   710 Cypress Creek Parkway,   Houston, TX 77090-3421
6932137*     +Houston Northwest Medical Center,   710 Cypress Creek Pkwy,   Houston, TX 77090-3421
                                                                             TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2018                              Signature:  /s/Joseph Speetjens

District/off: 0753-1          User: admin              Page 3 of 3          Date Rcvd: Oct 18, 2018
                             Form ID: 318              Total Noticed: 84

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2018 at the address(es) listed below:
          Amanda J. Wiese    on behalf of Creditor    JPMorgan Chase Bank, National Association
           bankruptcy@hsbattys.com,  bk4hsbm@gmail.com
          Jeana K. Reinbold    trustee@jeanareinboldlaw.com,
           jreinbold@ecf.epiqsystems.com;jeana@jeanareinboldlaw.com
          Joel A Deutsch    on behalf of Debtor Barry A. Nichols deutschbankruptcy@gmail.com,
           deutbk@gmail.com;r50904@notify.bestcase.com
          U.S. Trustee    USTPRegion10.PE.ECF@usdoj.gov

                                                                              TOTAL: 4